UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES BRENNAN, | ) | Case No. 5:06 CV 2890 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | PARTIAL JUDGMENT ENTRY |
| A-A AUTO TRANSPORT, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | Magistrate Judge James S. Gallas |
| | ) | |

For the reason set forth in the memorandum opinion, defendants DD&S Express, Inc.'s and Sam Winer Motors, Inc.'s motion to dismiss are granted and judgment is entered dismissing these defendants from this case.

IT IS SO ORDERED.

                                                                                      s/James S. Gallas
                                                            United States Magistrate Judge

Dated: September 26, 2007